AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARQUEL R. CULPEPPER,

Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 323-067

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 25, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Plaintiff's motion to proceed in forma pauperis is denied as moot. This civil action stands closed.



October 25, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

*Candy Asbell*  
(By) Deputy Clerk

GAS Rev 10/2020